INCORPORATED VILLAGE OF NORTHPORT, Respondent, v. JOHN L. WALSH and DEXTER SEYMOUR, Appellants.*— Judgment affirmed, with costs. No opinion. Young, Kapper and Davis, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.

In the Matter of the Application of CLEMENT F. DRUMMONDO, Petitioner, for an Order of Certiorari against EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Determination of the police commissioner unanimously confirmed and certiorari proceeding dismissed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

In the Matter of Supplementary Proceedings: HOWARD O. WOOD and CLIFFORD B. MARSHALL, Copartners, Practicing Law under the Firm Name and Style of WOOD & MARSHALL, Appellants, v. MARCUS MILLER, Judgment Debtor. ESTER BACON, Assignee, Respondent.— Order denying motion to extend receivership affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

KINGS COUNTY TRUST COMPANY, as Trustee under a Deed of Trust Made the 5th Day of March, 1927, by FREDERIC W. NORRIS, as Grantor, Respondent, v. THE DOMESTIC AND FOREIGN MISSIONARY SOCIETY OF THE PROTESTANT EPISCOPAL CHURCH IN THE UNITED STATES OF AMERICA and THE CHURCH CHARITY FOUNDATION OF LONG ISLAND, Respondents, Impleaded with MARGARET FERNIE NORRIS, Appellant, and Others, Defendants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Carswell, Scudder and Davis, JJ.

LAND FINANCE CORPORATION, Appellant, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of NOX REALTY CORPORATION and Others, Respondents. LEOPOLD BLUMBERG, Attorney, Appellant.— Order appealed from adjudging appellant. in contempt affirmed, with ten dollars costs and disbursements. No opinions Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur

E. B. LATHAM & COMPANY, Respondent, v. CELIA WOLSKY and CLARA ROTH, Defendants, and BERTHA ROSS, Appellant.— Order directing the examination of defendant Ross before trial affirmed, with ten dollars costs and disbursements. No opinion. Young, Carswell and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., vote to modify the order by providing that plaintiff pay the appellant's expenses from Texas and her return thereto, provided, however, that she is presently resident in Texas. Settle order on notice.

---

* Affd., 265 N. Y. —.